E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DOMINIQUE CAAMANO (Cal Bar No. 301810)
Assistant United States Attorney
Environmental Crimes and Consumer Protection Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0492
     Facsimile: (213) 894-0141
     E-mail:    dominique.caamano@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that **Dominique Caamano** is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

| | |
|---|---|
| Dated: August 29, 2024 | Respectfully submitted, |
| | E. MARTIN ESTRADA<br>United States Attorney |
| | MACK E. JENKINS<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | /s/<br>DOMINIQUE CAAMANO<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

# ATTACHMENT A

| | |
|---|---|
| 1 | 2:07-cr-00350-MWF |
| 2 | 2:20-cr-00087-ODW |
| 3 | 2:20-cr-00075-JFW |
| 4 | 2:20-cr-00197-GW |
| 5 | 2:92-cr-00749-SVW All Defendants |
| 6 | 2:18-cr-00409-FMO |
| 7 | 2:22-mj-00323-DUTY-1 |
| 8 | 2:22-mj-00981-DUTY-1 |
| 9 | 2:22-mj-01172-DUTY-1 |
| 10 | 2:22-mj-01685-DUTY-1 |
| 11 | 2:22-mj-01771-DUTY-1 |
| 12 | 2:22-mj-02445-DUTY-1 |
| 13 | 2:22-mj-01532-DUTY-1 |
| 14 | 2:22-mj-01319-DUTY-1 |
| 15 | 2:22-mj-01608-DUTY-1 |
| 16 | 2:22-mj-01604-DUTY-1 |
| 17 | 2:22-mj-01606-DUTY-1 |
| 18 | 2:22-mj-02974-DUTY-1 |
| 19 | 2:20-cv-03794-DMG-JDE |
| 20 | 2:20-cv-05328-GW-JPR |
| 21 | 2:20-cv-06390-JFW-PVC |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |